# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Yesica Paola Delvalle, | Case No. 24-12464-PMM |
| *Debtor*. | Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Extend Automatic Stay
- Notice of Motion to Extend Automatic Stay
- Order Setting Hearing on Motion to Extend Automatic Stay

Date: August 2, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA, PA 19102-1617

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

CBNA/Home Depot
Attn: Centralized Bankruptcy/Citicorp
PO Box 790034
St Louis, MO 63179-0034

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
Bureau Of Administrative Adjudication
913 Filbert St
Philadelphia, PA 19107-3117

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenitybank/New York
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

FirstPoint Collection Resources
Attn: Bankruptcy
225 Commerce Place
Greensboro, NC 27401-2426

HY CITE ENTERPRISES LLC
3252 PLEASANT VIEW ROAD
MIDDLETON, WI 53562-4840

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

DSNB MACY'S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON, MO 63368-2239

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1380

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122-2806

PENNSYLVANIA OFFICE OF ATTORNEY
GENERAL
ATTN ATTENTION FINANCIAL
ENFORCEMENT SECTION
STRAWBERRY SQUARE 15TH FLOOR
HARRISBURG, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Shellpoint Mortgage Servicing
Attn: Bankruptcy
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

Syncb/Toys R Us
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683