# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| YESICA PAOLA. DELVALLE, ) | |
| ) | **CASE NO.: 24-12464-amc** |
| DEBTOR. ) | **CHAPTER 13** |
| ) | **JUDGE ASHELY M. CHAN** |
| MCLP ASSET COMPANY, INC., ) | |
| AS SERVICED BY NEWREZ LLC D/B/A ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| YESICA PAOLA DELVALLE, DEBTOR ) | |
| AND SCOTT F. WATERMAN, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 27th day of August 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 27th day of August 2024.

DEBTOR
YESICA PAOLA. DELVALLE
2114 E. CLEARFIELD STREET
PHILADELPHIA, PA 19134

ATTORNEYS FOR DEBTOR
MICHAEL I. ASSAD
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT ST., STE 900
PHILADELPHIA, PA 19102
MAIL@CIBIKLAW.COM

TRUSTEE
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

U.S. TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*