**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| YESICA PAOLA. DELVALLE, ) | |
| ) | CASE NO.: 24-12464-amc |
| DEBTOR. ) | CHAPTER 13 |
| ) | JUDGE ASHELY M. CHAN |
| MCLP ASSET COMPANY, INC., ) | |
| AS SERVICED BY NEWREZ LLC D/B/A ) | |
| SHELLPOINT MORTGAGE SERVICING, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| YESICA PAOLA DELVALLE, DEBTOR ) | |
| AND SCOTT F. WATERMAN, ) | |
| ) | |
| RESPONDENTS. ) | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing, ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about July 17, 2024 and confirmation is pending with the Court.

2. Secured Creditor holds a lien over Debtor's property described as 2114 East Clearfield Avenue, Philadelphia, PA 19134.

3. As of the date of filing this Objection to Confirmation, Secured Creditor's estimated secured claim is $34,636.45 and the underlying loan matures on December 1, 2036. Secured Creditor will file its Proof of Claim by the bar date of September 25, 2024, with the approximate arrears of $22,271.39, which is above the arrearage of $19,580.30 listed on Debtor's Plan.

3. Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing, prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

        Respectfully submitted,

        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

**CERTIFICATE OF SERVICE**

I hereby certify that on or before August 27, 2024, I caused a true and correct copy of the foregoing to be served either by CM/ECF notice to those so authorized, and first-class mail as indicated to the parties reflected below.

*VIA U.S. MAIL*

*DEBTOR*
YESICA PAOLA. DELVALLE
2114 E. CLEARFIELD STREET
PHILADELPHIA, PA 19134

*VIA ELECTRONIC NOTICE*

MICHAEL I. ASSAD
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT ST., STE 900
PHILADELPHIA, PA 19102
MAIL@CIBIKLAW.COM

TRUSTEE
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

U.S. TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV    Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*