| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12464-AMC**

Yesica Paola Delvalle
2114 E Clearfield St
Philadelphia  PA    19134-3746

Petition Filed Date: 07/17/2024
341 Hearing Date: 08/30/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $100.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS »» 02S | Secured Creditors | $1,440.72 | $0.00 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS »» 03U | Unsecured Creditors | $6,172.40 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $605.00 |
| Paid to Claims: | $0.00 | Arrearages: | $605.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $36,300.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.