United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12464-amc

Yesica Paola Delvalle  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Nov 08, 2024      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yesica Paola Delvalle, 2114 E Clearfield St, Philadelphia, PA 19134-3746 |
| 14907459 | City of Philadelphia, Bureau Of Administrative Adjudication, 913 Filbert St, Philadelphia, PA 19107-3117 |
| 14907473 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14907479 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 08 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bkecf@padgettlawgroup.com | Nov 08 2024 23:57:00 | MCLP Asset Company, Inc. as serviced by NewRez LLC, Padgett Law group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312 |
| 14907456 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2024 00:15:14 | CBNA/Home Depot, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 14940865 | Email/Text: megan.harper@phila.gov | Nov 08 2024 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14907457 | Email/Text: megan.harper@phila.gov | Nov 08 2024 23:58:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14907455 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2024 00:01:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14907458 | Email/Text: bankruptcy@philapark.org | Nov 08 2024 23:58:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14907460 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2024 23:57:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14907461 | Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2024 00:00:49 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14907466 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2024 00:14:24 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14907462 | + Email/Text: bankruptcy@firstpointcollectionresources.com | Nov 08 2024 23:58:00 | FirstPoint Collection Resources, Attn: Bankruptcy 225 Commerce Place, Greensboro, NC 27401-2426 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14907463 | | Email/Text: bankruptcynotices@hycite.com | Nov 08 2024 23:57:00 | Hy Cite Enterprises, LLC., Attn: Bankruptcy 3252 Pleasant View Road, Middleton, WI 53562-4840 |
| 14913663 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2024 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14907465 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2024 23:57:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14928274 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2024 00:01:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14929480 | | Email/Text: mtgbk@shellpointmtg.com | Nov 08 2024 23:57:00 | MCLP Asset Company, Inc.,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14919682 | | Email/Text: bkecf@padgettlawgroup.com | Nov 08 2024 23:57:00 | MCLP Asset Company, Inc. as serviced by NewRez LLC, c/o Joshua I. Goldman, Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 14907467 | | Email/Text: bkecf@padgettlawgroup.com | Nov 08 2024 23:57:00 | Padgett Law Group, Attn: Bankruptcy, 700 Darby Rd, Havertown, PA 19083-4600 |
| 14907468 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 08 2024 23:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14907469 | | Email/Text: fesbank@attorneygeneral.gov | Nov 08 2024 23:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14907472 | ^ | MEBN | Nov 08 2024 23:51:27 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14907470 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14907471 | ^ | MEBN | Nov 08 2024 23:51:34 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14907474 | | Email/Text: bankruptcy@philapark.org | Nov 08 2024 23:58:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14907475 | | Email/Text: mtgbk@shellpointmtg.com | Nov 08 2024 23:57:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14907476 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2024 00:01:17 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14907477 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 09 2024 00:01:34 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14907478 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 08 2024 23:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14907464 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 24-12464-amc    Doc 28    Filed 11/10/24    Entered 11/11/24 00:33:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2024 | Form ID: pdf900 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor MCLP Asset Company  Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Yesica Paola Delvalle help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Yesica Paola Delvalle<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-12464-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 7, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE